In the Matter of JAMES W. TUOMEY, Respondent, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York. JEROME G. AMBRO, Appellant.

Argued August 17, 1946; decided August 17, 1946.

*Samuel M. Ostroff* for appellant.

*Abraham J. Multer* for respondent.

*John J. Bennett, Corporation Counsel (Russell L. Tarbox* of counsel), for S. Howard Cohen et al., constituting the Board of Elections of the City of New York.

MEMORANDUM: Some of the judges are of opinion that the appellant Ambro validly complied with section 335 of the Election Law but that view does not have the support of a majority of the court. Since the Appellate Division's order of modification was made on the law alone, we lack the power to review the facts (Civ. Prac. Act, § 602). Hence, the order is affirmed, without costs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and FULD, JJ. Taking no part: THACHER and DYE, JJ.